UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONNIE RAE ROBINSON, | ) | 1:05-CV-0937 AWI WMW HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME |
| MATTHEW KRAMER, et al., | ) ) | (DOCUMENT #12) |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 26, 20076, Respondent filed a motion to extend time to file a motion to dismiss to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file his motion to dismiss.

IT IS SO ORDERED.

**Dated:   April 12, 2007**              /s/  William M. Wunderlich
                                                          UNITED STATES MAGISTRATE JUDGE