UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNE RAE ROBINSON, | 1: 05 CV 00937 AWI WMW  HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS |
| v. | (Doc. 17) |
| MATTHEW KRAMER, et al., | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On April 13, 2007 the court issued an order granting Respondent an extension of time to file a motion to dismiss. On May 18, 2007, the copy of the order served on Petitioner was returned by the U.S. Postal Service as undeliverable.

On November 28, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

1983).  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on November 28, 2007, are a adopted in full;
2. The petition for writ of habeas corpus is DISMISSED for failure to prosecute;
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   January 17, 2008**          **/s/ Anthony W. Ishii**
                                       UNITED STATES DISTRICT JUDGE